F1 # 1717826

# WARRANT FOR ARREST

CO-1 80 (Rev - DC 03/2010)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: CR 09-158 | MAGIS. NO: |
| V. | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED | |
| ANDREW WARREN | Andrew Warren<br>2907 Vimy Ridge Avenue<br>Norfolk, Virginia 23509 | |
| DOB: 11/30/67    PDID# 625794 | | |

| WARRANT ISSUED ON THE BASIS OF:<br>[■] Order of Court    [ ] Information<br>[ ] Indictment    [ ] Complaint | DISTRICT OF ARREST |
|---|---|
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

Sexual Abuse in the Special Maritime and Territorial Jurisdiction of the United States

Failure to appear for court hearing

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION: 18:2242(2) and 7(9); |
|---|---|

| BAIL FIXED BY COURT:<br>H.W.O.B. | OTHER CONDITIONS OF RELEASE: |
|---|---|

| ORDERED BY:<br>Judge Ellen Segal Huvelle | JUDGE/MAGISTRATE JUDGE<br>Judge Ellen Segal Huvelle | DATE ISSUED:<br>4/23/2010 |
|---|---|---|
| CLERK OF COURT:<br>Angela D. Caesar | BY DEPUTY CLERK:<br>Gwendolyn Franklin | DATE:<br>4/23/2010 |

RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br>04/26/2010 | NAME AND TITLE OF ARRESTING OFFICER<br>Gregory SOKOLEWICZ<br>DEPUTY U.S. MARSHAL | SIGNATURE OF ARRESTING OFFICER<br>Gregory Sokol— |
|---|---|---|
| DATE EXECUTED<br>04/27/2010 | | |

2010 APR 23 P 3:30