**NORFOLK DIVISION**

Minutes of Proceedings in Open Court

Set: 3:30 p.m.   Date: April 27 2010
Started: 3:34 pm   Judge: F. Bradford Stillman, USMJ
Ended: 3:39 pm   Courtroom Deputy: N. Meachum / C. Dodge
   Recorded by: FTR
( ) Split Time   U. S. Attorney: Lisa McKeel
   Defense Counsel: ~~Larry~~ Woodward
5:01 pm   Retained - Court-appointed - AFPD
5:05 pm   Interpreter: _____

Case Number: 2:10mj191
Defendant: **ANDREW WARREN**

(X) **Deft. Present in custody**
(X) **Initial Appearance** - Preliminary / Detention Hearing - Early / Appointment of Counsel
(X) **Deft. advised of rights, charges & right to counsel**
(X) Counsel desired / Defendant ~~to retain counsel~~ has retained cnsl.
( ) Defendant's motion to substitute counsel
( ) Order to substitute counsel exec., ent. & filed in open Court
( ) Financial Affidavit filed in open Court
( ) Court DIRECTED / DENIED appointment of counsel
( ) Court directed deft. to reimburse govt. at rate of $_____ per month. Payments to begin _____
(X) Deft. waives Removal / Preliminary hearing (In this District only)
( ) Deft. executed Waiver of Removal Hearing ( ) Waiver of Identity Hearing (In this District only)
(X) Waiver of Detention Hearing (In this District only)
(X) Commitment to Another District filed in open Court
( ) Preliminary / Removal Hearing set for _____ at _____ before _____ USMJ
( ) Preliminary Hearing   held / waived. ( ) Defendant stipulated to probable cause
( ) Court finds probable cause - Deft. held for GRAND JURY   or   for removal to other District
(X) Court ordered deft. removed to other District
( ) Govt. motion for Detention - GRANTED / DENIED
( ) Govt. motion to withdraw motion for detention and set bond - GRANTED / DENIED
(X) Detention Hearing scheduled for 4/30/10 at 2:00 PM before FBS USMJ
( ) Bond / Detention Hearing held / waived
(X) ~~TEMPORARY DETENTION~~ / DETENTION ORDERED  (Court to prepare Order)
( ) Bond set at $_____
( ) SPECIAL CONDITIONS OF RELEASE:   (See Page 2)
( ) Deft. remanded to custody of U. S. Marshal
(✓) Warrant returned executed & filed in open Court
( ) Defendant is directed to next appear on _____ at 9:00 a.m. for Arraignment
( ) Defendant is directed to next appear on _____ at _____ for _____
(X) Order of Temporary Detention executed, entered and filed in open Court
( ) _____
( ) _____

- Later Larry Woodward appeared w/ the ∆ as counsel. The ∆ waived prelim. & identity hrg. in this District. ∆ was remanded to USM custody to be committed to the USDC for the District of Columbia. Detention hearing previously set is cancelled.